COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: JACOBS          KANTEE          W.
      (Last)          (First)         (Middle Initial)

Prisoner Number: #V470080

Institutional Address: P.O. Box 1050 Solgoad, CA 93960

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KANTEE WREN JACOBS
(Enter your full name.)

vs.

CDCR  GAVIN NEWSOM Gov.

(Enter the full name(s) of the defendant(s) in this action.)

3:21-cv-07846-WHO

Case No. ~~CV-21-03673-VAP(KS)~~
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement SALINAS VALLEY STATE PRISON

B. Is there a grievance procedure in this institution?  YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☒  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

　　1. Informal appeal: July 27, 2009

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: B218605

3. Second formal level: S187464

4. Third formal level: CV 11-7463-PSG (FFM)

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑  NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
I HAVE: HOLDER V. HOLDER 305 F.3d 854, 866 (9TH CIR 2002) TAKING JUDICIAL NOTICE OF OPINION AND BRIEFS FILED IN ANOTHER PROCEEDING. ROBINSON RANCHERIA VS. BORWOOD INC. 971 F.2d 244, 248 (9TH CIR 1992) DID NOT HAVE A JURY OF MY PEERS.

II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
KANYEE WALEH JACOBS
P.O. BOX 1050  B-1  150
SOLEDAD, CA 93960

B. For each defendant, provide full name, official position and place of employment.
CDCR
GAVIN NEWSOM    GOVERNOR

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

NO BILL OF ATTAINDER OR EX POST FACTO LAW SHALL BE PASSED. CALIFORNIA VOTERS PASSED PROPOSITION 57 WHICH QUALIFIED ME FOR RELEASE. THE CITIZENS OF EACH STATE SHALL BE ENTITLED TO ALL PRIVILEGES AND IMMUNITIES OF OF CITIZENS IN SEVERAL STATE. THE LAW PASSED, LET ME GO. NO PERSON SHALL BE COMPELLED IN ANY CRIMINAL CASE TO BE A WITNESS AGAINST HIMSELF, NOR BE DEPRIVED OF LIFE OR PROPERTY, WITHOUT LIBERTY OR DUE PROCESS OF LAW. THE LAW CHANGED AND GUARANTEED MY RELEASE, IT SEEMS I HAVE BEEN ACCUSED IN A CRIMINAL PROSECUTION WITHOUT BEING INFORMED OF THE NATURE OF THE ACCUSATION NOR GIVEN THE ASSISTANCE OF COUNSEL FOR MY DEFENSE.

IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

GRANT MY RELEASE.
AWARD ME $1,000.00 A DAY FOR EVERY DAY PAST SEPTEMBER 2014
$2,553,000.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9/12/2021
Date                                        Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

State of California                                                                                                            Department of Corrections and Rehabilitation
Office of Appeals

# Memorandum



To:       Claimant

Subject:  **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JACOBS, KANTEE WREH
**CDC#:** V43080
**Current Location:** SVSP-Facility B

**Date:** 09/15/2021

**Current Area/Bed:** B  001 1 - 150001L

**Log #:** 000000136916

## Claim #  001

**Institution/Parole Region of Origin:** Salinas Valley State Prison
**Facility/Parole District of Origin:** SVSP-Facility B
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Case Records
**Sub-Category:** Other Case Records Issue - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 07/16/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

State of California                                                                    Department of Corrections and Rehabilitation
                                                                                                                                                                          Office of Appeals

# Memorandum



To:          Claimant

Subject:     **TIME-EXPIRED RESPONSE FROM THE OFFICE OF APPEALS**

Thank you for submitting your appeal for review by the California Department of Corrections, Office of Appeals. Pursuant to Title 15, section 3486(i)(10), if the Office of Appeals is not able to respond to a claim in 60 calendar days, as in this case, then the claim must be answered "time-expired." As a result, the answer provided by the Office of Grievances remains unchanged and this appeal is now closed. No further action will be taken by the Department and no appeal of this action is permitted under the regulations.

Also, pursuant to Title 15, section 3485(e), "The appeal package submitted by the claimant shall be stored electronically by the Department. The CDCR Form 602-2 shall contain a notification to the claimant that the documents submitted will not be returned to the claimant." Therefore, your Form 602-2 and any supporting documents are not included with this response.

However, a copy of your entire appeal package is maintained in your Central File. The process for requesting copies of documents contained in Central Files, often referred to as an *Olsen* review, can be found in the Department Operations Manual, sections 13030.16 and 13030.17.

Thank you,

HOWARD E. MOSELEY
Associate Director