JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KANTEE W. JACOBS, | ) | NO. CV 22-3651-MEMF (KS) |
|     Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| TRENT ALLEN, et al., | ) | |
|     Respondents. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: November 22, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge